# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR416-358**  DATE **07/24/2017**

TITLE **United States of America v. Maynard Sanders**

TIMES **9:00 - 5:00**  TOTAL **8 Hours**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**  Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**  Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Theodore Hertzberg | Richard Darden | |

PROCEEDINGS : **Jury Selection / Trial**   ☑ In Court   ☐ In Chambers

**9:00 - Preliminary Jury Questions**
**9:17 - Voir Dire Begins**
**32 Jurors called / break 10:59 - 11:18**
**Jury Questionnaire 11:18 - 11:47**
**12:07 - Jury Seated and sworn**
**Preliminary jury instructions given 12:12 - 12:31**
**Rule of sequestration invoked ; witnesses sworn 12:32**
**Break 12:33 - 1:46**
**Joint limited instructions completed and presented to the Court.**
**Opening Statements:**
**Government 1:52 - 1:57 / Defense 1:57 - 2:00**
**Government Witness Shirley Ray 2:02 - 2:05 /**
**No cross**
**Government Witness Cynthia Kollenberg 2:06 - 2:29**
**Government exhibits 1, 2, 3, and 4 tendered and admitted without objection**
**Defense Cross 2:29 - 2:31**
**Government Witness Shameca Maxwell 2:32 - 2:42**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **CR416-358**                                         DATE **07/24/2017**

TITLE  **United States of America v. Maynard Sanders**

PROCEEDINGS (continued): **Jury Selection / Trial**

**Defense Cross 2:42 - 2:55 /Government re-direct 2:55 - 2:56 / Defense re-cross 2:56**
**Government Witness Shannon Gardner 2:57 - 3:05 /Defense Cross 3:05 - 3:11 /Govt re-direct 3:11**
**Government Witness Det. Corey Cotton 3:12 - 3:15**
**Government exhibit 5 tendered and admitted without objection**
**Defense Cross 3:15 /Government re-direct 3:16 - 3:17**
**Break 3:15 - 3:35**
**Government Witness Kenneth LeCesne 3:38 - 3:49**
**Government exhibits 6 and 7 tendered and admitted without objection**
**Defense cross 3:50 - 3:51**
**Government Witness TFO Joshua Reed 3:52 - 4:45**
**Government exhibits 8-14 tendered and admitted without objection**
**Defense Cross 4:45 - 4:47**
**Government rests case in chief / Exhibits confirmed.**
**Defense motion for directed verdict of acquittal made - motion denied.**
**Recess 4:59**