# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CR416-358**                                    DATE  **07/24/2017**

TITLE  **United States of America v. Maynard Sanders**

TIMES  **9:02 - 11:21**                                    TOTAL  **2 Hours 19 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**     Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**                         Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Theodore Hertzberg | Richard Darden | |

PROCEEDINGS : **Trial - day two**                          ☑ In Court
                                                           ☐ In Chambers

**9:02 - 9:12 charge conference**
**9:13 - Defense rest case in chief**
**Closing Arguements:**
**Government 9:15 - 9:46**
**Defense 9:49 - 9:59**
**Government rebuttal 9:59 - 10:04**
**10:04 - 10:27 Jury Charges / 10:28 Deliberations being**
**11:13 Verdict reached**
**11:18 Jury polled**
**14 days to submit any post verdict motions.**
**Recess 11:21**