# In the United States District Court for the Southern District of Georgia Savannah Division

UNITED STATES OF AMERICA

v.

MAYNARD SANDERS

CR 416-358

## VERDICT

We, the Jury, find as follows:

- Count 1
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 1 of the indictment, Bank Fraud.
- Count 2
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 2 of the indictment, Bank Fraud.
- Count 3
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 3 of the indictment, Bank Fraud.
- Count 4
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 4 of the indictment, Bank Fraud.
- Count 5
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 5 of the indictment, Bank Fraud.
- Count 6
    - We, the Jury, find Maynard Sanders (not guilty) **(guilty)** of the offense charged in Count 6 of the indictment, Aggravated Identity Theft.

- Count 7
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 7 of the indictment, Aggravated Identity Theft.
- Count 8
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 8 of the indictment, Aggravated Identity Theft.
- Count 9
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 9 of the indictment, Aggravated Identity Theft.
- Count 10
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 10 of the indictment, Aggravated Identity Theft.
- Count 11
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 11 of the indictment, Aiding and Abetting Theft by Bank Employee.
- Count 12
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 12 of the indictment, Aiding and Abetting Theft by Bank Employee.
- Count 13
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 13 of the indictment, Aiding and Abetting Theft by Bank Employee.
- Count 14
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 14 of the indictment, Aiding and Abetting Theft by Bank Employee.
- Count 15
  - We, the Jury, find Maynard Sanders (not guilty) (**guilty**) of the offense charged in Count 15 of the indictment, Aiding and Abetting Theft by Bank Employee.

So say we all, this **25** day of July, 2017.

Foreperson: _____ [sign]